AO 442 (Rev. 01/09) Arrest Warrant

11421970

# UNITED STATES DISTRICT COURT

for the

District of Columbia

U.S. MARSHAL -DC AM8:51
RECEIVED MAY 11 '22

|  |  |
|---|---|
| United States of America<br>v.<br>Jean Pelice | )<br>)<br>)<br>)<br>)<br>) |

**Case: 1:22-mj-00102**
**Assigned to: Judge Meriweather, Robin M.**
**Assign Date: 5/10/2022**
**Description: COMPLAINT W/ ARREST WARRANT**

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Jean Pelice                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
  18 U.S.C. § 1203(a) (Hostage Taking)

Date:   05/10/2022

City and state:     Washington, D.C.

*for* - *Meriweather*     **2022.05.10**
**15:37:34 -04'00'**

*Issuing officer's signature*

United States Magistrate Judge Robin M. Meriweather
*Printed name and title*

---

| **Return** |
|---|
| This warrant was received on *(date)* 5/11/22, and the person was arrested on *(date)* 7/7/22<br>at *(city and state)* Washington DC.<br><br>Date: 7/7/22                    *Michael*<br>                                                        *Arresting officer's signature*<br><br>                                        Michael Tantillo DUSM<br>                                                        *Printed name and title* |