**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**JEAN PELICE**

**Crim. A. No. 22-246 (JDB)**

**ORDER**

Upon consideration of [72] defendant's consent motion to continue trial, [73] defendant's unopposed motion to exclude time, and the entire record herein, it is hereby **ORDERED** that:

- The motions are **GRANTED**; it is further **ORDERED** that
- The jury trial presently scheduled to begin on October 26, 2026, is **RESCHEDULED** for February 8, 2027 at 9:30 AM in Courtroom 30A; it is further **ORDERED** that
- In the interest of justice, the time between September 15, 2026 and February 8, 2027 shall be excluded from the speedy trial calculation; it is further **ORDERED** that
- The following pretrial deadlines are **RESCHEDULED** as follows:
    - <u>Oppositions to Motions in Limine</u>: September 23, 2026
    - <u>Replies in Support of Motions in Limine</u>: September 30, 2026
    - <u>Jury Instructions and Voir Dire Questions:</u> January 11, 2027
    - <u>Government exhibit list and witness list and Jencks or Giglio disclosures</u>: January 27, 2027
    - <u>Defense exhibit list and witness list</u>: February 4, 2027; and it is further **ORDERED** that

- The pretrial conference presently scheduled for September 28, 2026 at 11:00 am in Courtroom 30A is **RESCHEDULED** for January 13, 2027 at 10:30am in Courtroom 30A- In Person.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: September 15, 2026